No. 811, Misc.   LUPINO v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 817, Misc.   COLAVECCHIO ET AL. v. OHIO.   Ct. App.   Ohio, Cuyahoga County.   Certiorari denied. *James R. Willis* for petitioners.   *John T. Corrigan* for respondent.

No. 819, Misc.   HAMLETT v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 820, Misc.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 830, Misc.   STRICKLAND v. COHEN, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 4th Cir. Certiorari denied.   *John B. Culbertson* for petitioner. *Solicitor General Griswold* for respondent.

No. 832, Misc.   BLAKEY v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 833, Misc.   BUMPUS v. MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.   *William P. Homans, Jr.,* for petitioner.   *Howard M. Miller,* Assistant Attorney General of Massachusetts, and *Bruce G. McNeill,* Deputy Assistant Attorney General, for respondent.

No. 837, Misc.   HENDERSON v. PENNSYLVANIA ET AL. C. A. 3d Cir.   Certiorari denied.